CLYDE RAYBURN v. THE STATE.

No. 13440. Delivered June 11, 1930.
Rehearing denied October 15, 1930.
Reported 31 S. W. (2d) 434.

This case *originated* in Justice Court. The opinion states the case.

*G. C. Lowe* of Woodville, for appellant.

*A. A. Dawson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is killing a squirrel in violation of the game law.

The accused was tried on a complaint and convicted in the Justice Court. The record does not otherwise show the result of the trial. The appeal to the County Court resulted in a verdict of conviction with penalty assessed at a fine of $35.00. The assessed penalty being below $100.00, this court has no jurisdiction to entertain the appeal. See C. C. P., 1925, Art. 53; Branch's Ann. Tex. P. C., p. 220, sec. 409; Vernon's Ann. Tex. C. C. P., 1925, Vol. 1, p. 93, see page 95.

The appeal is dismissed.

*Dismissed.*

ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—While it seems to be true, as argued by appellant in his motion, that he was charged with one offense and convicted of another and different offense, this court is powerless to review the action of the trial court in permitting such verdict to stand, because of the forbiddance of the statute referred to in our original opinion, which specifically deprives this court of jurisdiction of any case originating in a justice court which on appeal to the county court results in a fine of less than $100.00. We regret our lack of jurisdiction, but must follow the law.

The motion for rehearing will be overruled.

*Overruled.*